UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CISNEROS,<br><br>   Plaintiff,<br><br> v.<br><br>MORENO, *et al.*,<br><br>   Defendants. | Case No. 1:18-cv-00628-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIM AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITH LEAVE TO AMEND<br><br>ECF No. 10 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2019, the magistrate judge screened plaintiff's complaint. ECF No. 10. The magistrate judge issued findings and recommendations that (1) plaintiff has stated a failure-to-protect claim against defendant Moreno, (2) plaintiff's remaining claims should be dismissed without prejudice, and (3) plaintiff should be granted leave to amend the complaint. *Id.* Plaintiff did not file objections to the findings and recommendations, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on March 21, 2019, ECF No. 10, are ADOPTED IN FULL; and
2. Plaintiff states a failure-to-protect claim against defendant Moreno.
3. Plaintiff's remaining claims are dismissed without prejudice, and plaintiff is granted leave to amend the complaint.
4. If plaintiff files an amended complaint, defendant Moreno is not required to respond until the court screens the amended complaint.

IT IS SO ORDERED.

Dated: **April 23, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE