UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CISNEROS,<br><br>        Plaintiff,<br><br>v.<br><br>MORENO, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-00628-LJO-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A STAY AND DEFENDANTS' REQUEST TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION<br><br>ECF Nos. 20 and 23 |

      Plaintiff Robert Cisneros is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 16, 2019, defendants filed a motion for summary judgment, arguing that Cisneros failed to exhaust his administrative remedies before filing this suit. ECF No. 19. On August 20, defendants filed a motion to stay discovery pending resolution of the motion for summary judgment. ECF No. 20. And, on September 11, defendants asked to be exempted from the court's alternative dispute resolution program, citing the pending motion for summary judgment. ECF No. 23.

      Good cause having been shown, defendants' motion and request are granted. The current discovery and scheduling order is vacated, as is the order setting this case for alternative dispute resolution and scheduling a settlement conference. *See* ECF Nos. 18 and 21. I will issue a new scheduling order, if necessary, once the motion for summary judgment is decided.

1

IT IS SO ORDERED.

Dated: September 18, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.